UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
Appeal No. 26-2944

---

SAO VANG,

Petitioner-Appellee,

v.

MARKWAYNE MULLIN, et al.,

Respondents-Appellants.

---

**APPELLANTS' MOTION TO HOLD IN ABEYANCE**

Respondents-Appellants (the "Government"), by and through their undersigned attorneys of record, moves this Court pursuant to Federal Rule of Appellate Procedure 27 and Eighth Circuit Rule 27A, to hold this appeal in abeyance pending the Supreme Court's decision in *Montoya Palacios v. Liggins*, No. 25-1223. The Government requests that this Court hold in abeyance this appeal until 60 days after the Supreme Court issues a decision in *Montoya Palacios* and stay the briefing schedule pending this motion.

Like this case, *Montoya Palacios* involves a petition for attorney's fees under the Equal Access to Justice Act ("EAJA") following a successful petition for writ of habeas corpus challenging immigration detention. The issue in *Montoya Palacios* is whether, under EAJA, the phrase "any civil

action," 28 U.S.C. § 2412(d)(1)(A), encompasses habeas petitions challenging immigration detention.

As in *Montoya Palacios*, Petitioner-Appellee ("Petitioner") here brought a successful habeas challenge to immigration detention and subsequently sought attorney's fees under EAJA. The district court held that EAJA does encompass habeas petitions challenging immigration detention and ultimately awarded Petitioner attorney's fees and costs. The Government maintains that the district court erred in its decision.

Because this appeal presents the same issue as *Montoya Palacios*, the Supreme Court's decision in that case, with briefing already underway and oral argument set,[1] will inform the Government's decision whether to proceed with its appeal in this case. Moreover, holding this case in abeyance promotes judicial efficiency and conserves judicial resources. And Petitioner will not suffer any prejudice if this motion is granted because Petitioner was released from custody and received pro bono representation. Respondents understand that Petitioner opposes this motion.

For the foregoing reasons, the Government moves this Court to hold

[1] Respondents' brief is due on November 19, 2026, with oral argument scheduled for January 11, 2027.

this appeal in abeyance until 60 days after the Supreme Court issues a decision in the pending *Montoya Palacios* case. *See, e.g., Morales Lopez*, 26-2956 (8th Cir. Nov. 2, 2026) (granting motion to hold in abeyance pending *Montoya Palacios*); *Cazales Diaz*, 26-2751 (8th Cir. Oct. 26, 2026) (same). Should this motion be denied, the Government requests that its opening brief be due 60 days from the date of the order denying this motion.

DATED: November 9, 2026

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

*/s/ David R. Hackworthy*

BY: DAVID R. HACKWORTHY
Special Assistant U.S. Attorney

**CERTIFICATE OF COMPLIANCE**

The undersigned attorney for the United States certifies this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A). The motion has 352 words proportionally spaced. The motion was prepared using Microsoft Word 365.

Dated: November 9, 2026

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

*/s/ David R. Hackworthy*

BY: DAVID R. HACKWORTHY
Special Assistant U.S. Attorney

## CERTIFICATES OF SERVICE
## FOR DOCUMENTS FILED USING CM/ECF

### Certificate of Service When All Case Participants Are CM/ECF Participants

I hereby certify that I caused the foregoing to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: November 9, 2026

*<u>/s/ David R. Hackworthy</u>*
BY: David R. Hackworthy
Special Assistant U.S. Attorney