# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**


November 10, 2026

David W. Fuller
David R. Hackworthy
U.S. ATTORNEY'S OFFICE
District of Minnesota
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415-0000

RE: 26-2944 Sao Vang v. Markwayne Mullin, et al

Dear Counsel:

Your motion to hold the case in abeyance has been filed and will be referred to the court. Until the court has rendered a decision on the motion, the briefing schedule will be suspended. You will be advised when a revised briefing schedule is established.

The deadline for filing a response to the motion is November 19, 2026.

Susan E. Bindler
Clerk of Court

HAG

cc: Daniel P. Suitor

District Court/Agency Case Number(s): 0:26-cv-02520-ECT