**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

| | |
|---|---|
| **Sao Vang**,<br><br>Appellee,<br><br>v.<br><br>**Markwayne Mullin**, Secretary, Department of Homeland Security;<br><br>**David Venturella**, Acting Director, Immigration and Customs Enforcement; and<br><br>**David Easterwood**, Acting Director, St. Paul Field Office Immigration and Customs Enforcement;<br><br>Appellant. | Case No.: 26-2944<br><br>**APPELLEE'S RESPONSE TO APPELLANT'S MOTION TO HOLD IN ABEYANCE** |

Appellee Sao Vang, by and through his undersigned attorney, does not oppose Appellant's motion to hold this matter in abeyance. Appellee takes no position on a resulting briefing schedule after the decision in *Montoya Palacios*.

DATED: November 12, 2026

Respectfully submitted,

/s/ Daniel P. Suitor
Daniel P. Suitor (#0403979)
Attorney at Law
331 Second Avenue S
Ste. 400-3099
Minneapolis, MN 55401
(612) 234-2149
dan@danielsuitor.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

DATED: November 12, 2026

Respectfully submitted,

/s/ Daniel P. Suitor

Daniel P. Suitor (#0403979)
Attorney at Law
331 Second Avenue S
Ste. 400-3099
Minneapolis, MN 55401
(612) 234-2149
dan@danielsuitor.com