IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

**Sao Vang**,

Appellee,

v.

**Markwayne Mullin**, Secretary, Department of Homeland Security;

**David Venturella**, Acting Director, Immigration and Customs Enforcement; and

**David Easterwood**, Acting Director, St. Paul Field Office Immigration and Customs Enforcement;

Appellants.

Case No.: 26-2944

**CERTIFICATE OF COMPLIANCE**

**CERTIFICATE OF COMPLIANCE**

The undersigned attorney for the Appellee hereby certifies that Appellee's Response to Appellants' Motion to Hold in Abeyance complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), 32(a)(5)–6). The Response has 120 words set in Times New Roman, a proportionally spaced and serifed typeface, size 14. The Response was prepared using Microsoft Word 365, Version 2610.

DATED: November 12, 2026

Respectfully submitted,

/s/ Daniel P. Suitor
Daniel P. Suitor (#0403979)
Attorney at Law

331 Second Avenue S
Ste. 400-3099
Minneapolis, MN 55401
(612) 234-2149
dan@danielsuitor.com

*Attorney for Appellee*