**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 26-2944

Sao Vang

Appellee

v.

Markwayne Mullin, Secretary, Department of Homeland Security, et al.

Appellants

---

Appeal from U.S. District Court for the District of Minnesota
(0:26-cv-02520-ECT)

---

**ORDER**

The government's motion to hold the case in abeyance until 60 days after the Supreme Court decision in *Montoya Palacios v. Liggins*, No. 25-1223 is granted. The parties shall promptly notify this Court of the Supreme Court's decision in *Montoya Palacios*.

November 20, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler